UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DELLE MARTINEZ, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
   v. )
) **CASE NO. 7:19-CV-114-D**
ANDREW M. SAUL, Commissioner of Social )
Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 29]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 23], DENIES defendant's motion for judgment on the pleadings [D.E. 26], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on July 20, 2020, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK
July 20, 2020                   (By) /s/ Nicole Sellers
                                              Deputy Clerk